**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

---

JAMES GALLIGAN,                              **Civil File No. 11-cv-2198 JTM/GLR**

      Plaintiff,

vs.                                          **STIPULATION OF DISMISSAL**
                                                    **WITH PREJUDICE**

MONARCH RECOVERY MANAGEMENT, INC.,

      Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff James Galligan, and the defendant, Monarch Recovery Management, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                    Respectfully submitted,

Dated: <u>June 13, 2011</u>            By    <u>/s/ J. Mark Meinhardt</u>
                                                  J. Mark Meinhardt
                                                  4707 College Boulevard, Suite 100
                                                  Leawood, KS  66211
                                                  (913) 451-9797
                                                  (913) 451-6163 (fax)
                                                  meinhardtlaw@sbcglobal.net
                                                  ATTORNEY FOR PLAINTIFF

Dated: <u>June 13, 2011</u>            By    <u>/s/ Tracy M. Hayes</u>
                                                  John E. Bordeau, #17839
                                                  Tracy M. Hayes, #23119
                                                  Sanders Warren & Russell LLP
                                                  40 Corporate Woods
                                                  9401 Indian Creek Parkway, Suite 1250
                                                  Overland Park, KS 66210
                                                  (913) 234-6115
                                                  (913) 234-6199 (fax)

j.bordeau@swrllp.com
t.hayes@swrllp.com
ATTORNEY FOR DEFENDANT